# Order

Michigan Supreme Court
Lansing, Michigan

September 1, 2015

149663(57)(61)(62)

ROBERTO LANDIN,
    Plaintiff-Appellee,

v

HEALTHSOURCE SAGINAW, INC.,
    Defendant-Appellant.
_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SC: 149663
COA: 309258
Saginaw CC: 08-002400-NZ

On order of the Chief Justice, the motion of the Michigan Nurses Association for leave to file an amicus curiae brief is GRANTED. The amicus brief submitted by the Michigan Nurses Association on August 19, 2015, is accepted for filing. On further order of the Chief Justice, the motions of the Michigan Health and Hospital Association for leave to file an amicus curiae brief and to extend the time for doing so are GRANTED. The amicus brief submitted by the Michigan Health and Hospital Association on August 28, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2015



Clerk